FILED
JOHN P. HEHMEYER
CLERK

2014 MAY 12 AM 9: 13

U.S. DISTRICT COURT
EAST. DIV. COLUMBUS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AGRICULTURE & ENERGY CARRIERS LTD | ) ) ) | Case No.: 2:14 CV 434 |
| Plaintiff, | ) ) | Judge: JUDGE MARBUS |
| v. | ) ) | MAGISTRATE JUDGE KEMP |
| UNITED COALS, INC | ) ) | |
| Defendant. | ) ) | |

## VERIFIED COMPLAINT FOR ATTACHMENT AND GARNISHMENT

Plaintiff, Agriculture & Energy Carriers Ltd ("AEC" or "Plaintiff") submits this verified complaint against United Coals, Inc ("United Coals" or "Defendant"), and alleges as follows:

### THE PARTIES, JURISDICTION, AND VENUE

1.  This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and falls under this Court's admiralty and maritime jurisdiction pursuant to 28 U.S.C. § 1333.

2.  AEC brings this action to obtain security for a maritime claim pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Rule B"), seeking an order and writ of attachment over property of Defendant including but not limited to property of Defendant beneficially maintained by garnishees within the District.

3.  At all times relevant hereto, Agriculture & Energy Carriers Ltd is and was a foreign business entity organized under the laws of a foreign state. AEC has a place of business at Building 3, Western Road, Mount Pleasant, N-7776-283 Nassau, Bahamas.

4. At all times relevant hereto, United Coals, Inc is and was a business entity organized under the laws of West Virginia. United Coals maintains a business address at 231 South Third Street, Clarksburg, West Virginia.

5. This court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1333 because this action arises from a maritime contract, i.e., demurrage, deadfreight and costs under a charter party agreement.

## AEC'S CLAIM AGAINST UNITED COALS

6. On January 1, 2014, AEC and United Coals executed a charter party on the Americanized Welsh Coal Charter form for the vessel M/V MARDINK (the "Vessel") for the shipment of 31,500 metric tons of coal from the Morgan Terminal, Louisiana to Casablanca, Morocco. The charter party is governed by New York law and calls for arbitration in New York.

7. The agreed freight is $37.75 per metric ton, by amendment to the charter party dated February 6, 2014.

8. On February 14, 2014 at 11:10am the Vessel tendered a Notice of Readiness for the loading of cargo.

9. Based on an agreed total load capacity of 31,500-31,900mts of coal to be loaded at a rate of 24,000mts/day, the Vessel went on demurrage on February 16, 2014 at 6:40am.

10. The charter provides that the Charterer shall pay $22,000.00 per running day (or pro rata part thereof) demurrage (clause 4).

11. To date, Charterer has failed to load cargo due to problems obtaining a letter of credit acceptable to the Shipper. Charterer has made continual, daily representations to Owner that the Vessel will be ready to load the next day, however, demurrage has continued to accrue

#29534018_v1

and the Vessel has not loaded cargo. These daily assurances by Charterer have gone on since February 2014 and have continued to up until the time of drafting of this Complaint.

12. AEC has sent invoices to United Coals calling upon them to make payment for demurrage which continues to accrue. A true and correct copy of the most recent invoice is attached hereto as Exhibit 1. To date, United Coals has not made any payments.

13. To date, demurrage has run at a rate of $22,000/day for 79.43 days, totaling $1,747,395.76. If Charterer fails to perform, as of May 6, 2014 at 24:00hrs, and $22,000/day everyday thereafter until the date of the attachment order.

14. If Charterer fails to perform, AEC is further entitled to recover $522,410 for deadfreight and $88,767 for costs related to the nonperformance of United Coals. True and correct calculations of damages are attached hereto as Exhibit 1.

## APPLICATION FOR ISSUANCE OF RULE B ATTACHMENT

15. AEC seeks an order of attachment directing the seizure of United Coal's assets in the District pursuant to Rule B of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Proceedings of the Federal Rules of Civil Procedure ("Rule B") up to the amount of $1,747,395.76.

16. Defendant United Coals is not found within the Southern District of Ohio within the meaning of Rule B, but has assets, goods or chattels within the jurisdiction, such as: assets, debts, rights to payment including a Letter of Credit (attached hereto as Exhibit 2) and other property within the District with the following entities: Huntington National Bank, 41 S. High Street, Columbus, OH 43287.

17. Upon information and belief, United Coals Inc maintains one or more bank accounts at Huntington National Bank as well as a Letter of Credit which is effected through the presentment of appropriate papers at the headquarter branch in Columbus, Ohio.

## PRAYER FOR RELIEF

1. That process in due form of law according to the practice of this Court in the form of a writ of maritime attachment and garnishment be issued against property of Defendant with the garnishee Huntington National Bank, or any other garnishees upon whom the writ of maritime attachment and garnishment may be served;

2. That Defendant United Coals Inc, and any other person claiming an interest therein, may be cited to appear in the matters aforesaid and that judgment be entered against United Coals Inc and in favor of Agriculture & Energy Carriers Ltd in an amount to be determined at trial, but not less than $1,747,395.76;

3. That this Court retain jurisdiction over this matter through the entry of any judgment or award associated with any of the claims currently pending, or which may be initiated in the future, including any appeals thereof; and,

4. That this Court grant Plaintiff such other and further relief which it may deem just and proper.

Respectfully Submitted,

Amelia A. Bower (No. 0013474)
PLUNKETT COONEY
300 East Broad Street, Suite 590
Columbus, Ohio 43215
Direct: (614) 629-3004
Fax: (614) 629-3019
Email: abower@plunkettcooney.com

4

#29534018_v1

## **VERIFICATION**

STATE OF OHIO             )
                          :ss.:
COUNTY OF FRANKLIN        )

I, Amelia A. Bower, at Plunkett Cooney, verify that I have read the foregoing Verified Complaint and know the contents thereof, and the same are true and correct to the best of my knowledge. I make this declaration on behalf of, and with the authorization of, Agriculture & Energy Carriers Ltd because Agriculture & Energy Carriers Ltd is a foreign corporation, having no officer or director within this District. The source of my knowledge and the grounds for my belief are the statements made by, and documents and information received from the Plaintiff and agents and/or representatives of the Plaintiff.

I verify under penalty of perjury that the foregoing is true and correct.

Dated: May 9th, 2014

_____
Amelia A. Bower

#29534018_v1

# **EXHIBIT 1**



| UNITED COALS | | |
|---|---|---|
| 231 South Third Street | Ref. No: | 0082006 |
| West Virginia | Invoice Date: | 06.05.2014 |
| 26301 Clarksburg | Customer no: | 40388 |
| UNITED STATES | Contact Person: | Vaibhav Mehta |

# INVOICE

**MARDINIK / IMO NO.: 9470571 / INVOICE NO.: 4296741 CP date: 24.01.2014**

| | USD |
|---|---|
| Demurrage MYRTLE GROVE, LA USD 22000/day x 79.42708 days | 1,747,395.76 |
| Less 2.50% broker commission (AFFREMARINE SA) | -43,684.89 |
| **Total Payable** | **1,703,710.87** |

U.S. Dollar One Million Seven Hundred Three Thousand Seven Hundred Ten And Eighty Seven Cents Only

| Beneficiary Bank: | Credit-Suisse, Zurich |
| | Giesshubelstrasse |
| | SWITZERLAND |
| Swift: | CRESCHZZ80A |
| IBAN: | CH27 04835139011972000 |
| Beneficiary Name: | Agriculture & Energy Carriers Ltd. |

**Reference: Mardinik - Laytime Invoice**

**Terms of Payment:**
**Prompt payment**
**Due date 06.05.2014.**

This is a computer generated document. No signature is required.

| Address: | Telephone: | Telefax: |
|---|---|---|
| Agriculture & Energy Carriers Ltd. | | |
| Bahamas | | |
| C/O | | |
| Building 3, Western Road | | |
| Mount Pleasant | | |
| N-7776-283 Nassau | | |
| BAHAMAS | | |

# Voyage Printout

Page: 1 of 1

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Vessel | MARDINIK | User ID | CG | | | Hire | 280,000 | | | |
| Start Date | 25.05.14 09:00 | Printed date | 06.05.14 16:08 | | | Ballast Bonus | 0 | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Vessel Size | 33,918 | | | | | Hire | 280,000 | | | |
| | | Speed | FO | | DO | FO | Ballast Bonus | 0 | | |
| Ballast | | 13.90 | 26.50 | At sea | 0.10 | | Meals&Cables | 0.00 | | |
| | | | | | | | ILOHC | 0 | | |
| Loaded | | 13.40 | 26.50 | In port | 0.20 | 2.80 | Various | 0 | | |
| Ballast Port | BATON ROUGE, LA | | | | | | GROSS HIRE | 280,000 | | |
| | | | | | | | Commission | 14,000 | | |
| | | | | | | | NET HIRE | 266,000 | | |
| Delivery | SW PASS | Lay Can | | | | | Port Cost | 15,000 | | |
| Redelivery | CASABLANCA | | | | | | DA Commission | 0.00 | | |
| Charterer | Commercial Chartering Services | Check | 4.09 days late | | | | Canal Cost | 0 | | |
| Bro. Com. | 1.25% | Addr. Com. | 3.75% | | Ballast Bonus | 0 | ILOHC | 0 | | |
| | | | | | | | Various Cost | 0 | | |
| C/V/E | | 2135.94 | | | | | FO | 0.000 | mt | 610.00 | 0 |
| | | | | | | | DO | 0.000 | mt | 1050.00 | 0 |
| | | | | | | | FO (LS) | 19.049 | mt | 710.00 | 13,525 |
| Waiting | 7.00 | Miles | | | | | DO (LS) | 0.072 | mt | 1050.00 | 75 |
| Ballast passage | 0.72 | 218.00 | | | | | TOTAL COST | 28,600 | | | |
| Duration | 35.00 | 4413.00 | | | | | TC Equivalent | 5,557 | Contr. | 237,400 | |
| Canal Passage | 0.00 | | | | | | Hire Payable/Day | 7,881 | 3.75% | 324,031 | |
| Extra in Port | 0.00 | | | | | | Ballast Bonus | 0 | 3.75% | 0 | |
| TOTAL DAYS | 42.72 | | | | | | Meals&Cables | 0.00 | | | |
| Extra at Sea | 10.00% | 0.07 days | | | | | Operating Cost/Day | 0 | | 0 | |
| | | | | | | | Result/Day | -2,078 | | | |
| | | | | | | | **VOYAGE RESULT** | | | | **-88,767** |

## RATE AND DURATION

| Rate Duration | Rate | Option |
|---|---|---|
| 35 | 8,000 | |

## REMARKS ( )

## PORT ROTATION

| Port | RFC | At Sea | Miles | Port Cost | Arrival date | Departure date | In Port |
|---|---|---|---|---|---|---|---|

## BUNKER PLAN

| Port | FO Arr. | FO Bunk. | FO Price | FO Dep. | DO Arr. | DO Bunk. | DO Price | DO Dep. |
|---|---|---|---|---|---|---|---|---|
| SW PASS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CASABLANCA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## BUNKER PLAN - LOW SULPHUR

| Port | FO Arr. | FO Bunk. | FO Price | FO Dep. | DO Arr. | DO Bunk. | DO Price | DO Dep. |
|---|---|---|---|---|---|---|---|---|
| SW PASS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CASABLANCA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

# Voyage Printout

Printed Date: 06.05.14 16:14  
Created By: CG  
Page: 1 of 1

| Start Date | 01.Jun.2014 | Calculation Reference No. | 14701 | | |
|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Vessel** | MARDINIK | **Cleaning** | 0 x 0 d | | **Freight** | | 1,204,225 |
| **Vessel Size** | 33,918 | **Heating** | 0 x 0 d | | **Various Revenue** | | 0 |
| | Speed | FO | | DO | FO | **Demurrage** | 0 |
| **Ballast** | 13.90 | 26.50 | **At Sea** | 0.10 | | **GROSS REVENUE** | 1,204,225 |
| **Loaded** | 13.40 | 26.50 | **In port** | 0.20/0.40 | 2.80/5.80 | **Commission** | 30,106 |
| **Ballast Port** | SW PASS | | | | | **Despatch** | 0 |
| | | | | | | **NET REVENUE** | 1,174,119 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | **Port Cost Load** | 95,000 |
| **Port Rotation** | MYRTLE GROVE / CASABLANCA | | | **Port Cost Dis.** | 41,000 |
| **Charterer** | UNITED COALS | | | **Port Cost Other** | 0 |
| **Broker** | AFFREMARINE | | | **DA Commission** | 0.00 |
| **CP Date** | | | | **Canal Cost** | 0 |
| | | | | **ILOHC** | 0 |
| **Cargo Quantity** | 31,900MT | | | **Handling Cost** | 0 |
| **Commodity** | Coal | **SF** | 0.00 | **Various Cost** | 23,785 |
| **Freight** | USD 37.75/MT | | | **Freight Cost** | 0 |
| **Flat Rate** | 0.00 | **Min Quantity** | 0.00 | **FO** 605/MT 385.238MT | 233,069 |
| **Broker Com.** | 2.50 | **Addr. Com.** | 0.00 | **DO** 1,000/MT 4.377MT | 4,377 |
| **Demurrage Rate** | 0 | **Despatch Rate** | 0 | **FO (LS)** 715/MT 77.946MT | 55,731 |
| **Terms** | 24000/7500 | | | **DO (LS)** 1,000/MT 0.735MT | 735 |
| | | | | **TOTAL COST** | 453,698 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | **TC Equivalent** | 27,598 | **Contr.** 720,422 |
| **Waiting** | 0.00 | | Miles | **TC Cost/Day** | 7,881 3.75% | 198,012 |
| **Ballast passage** | 0.22 | | 67 | **Ballast Bonus** | 0 3.75% | 0 |
| **Loaded passage** | 15.32 | | 4,480 | **Breakeven/Day** | 0 | 0 |
| **Canal Passage** | 0.00 | | | **C/V/E** | | 0 |
| **Loading** | 1.33 | | | **Result/Day** | 20,013 | |
| **Discharging** | 7.23 | | | | | |
| **Extra In Port** | 2.00 | | | **VOYAGE RESULT** | | 522,410 |
| **TOTAL DAYS** | 26.10 | | | | | |
| **Extra At Sea** | 10.00% | 1.41days | | | | |

**COMMENT**  
32k/10 coal Norf/Casa9.75 bss Feb 3/10 original lc

**REMARK ( )**

| PORT ROTATION Port | RFC | Miles | Port Cost | Handling Cost | Extra In Port | Days In Port |
|---|---|---|---|---|---|---|
| MYRTLE GROVE, LA | L | 67 | 95,000 | 0 | 1.00 | 2.33 |
| CASABLANCA | D | 4,480 | 41,000 | 0 | 1.00 | 8.23 |

**SENSITIVITY ANALYSIS**

| Seq. no | Freight Rate | Gross Revenue | Contribution | TCE | Sea +1 | Port +1 | Port -1 |
|---|---|---|---|---|---|---|---|
| 1 | 36.00 | 1,148,400 | 665,992 | 25,513 | -946.64 | -1090.86 | 1177.77 |
| 2 | 36.25 | 1,156,375 | 673,768 | 25,811 | -957.63 | -1101.85 | 1189.64 |
| 3 | 36.50 | 1,164,350 | 681,543 | 26,109 | -968.62 | -1112.84 | 1201.50 |
| 4 | 36.75 | 1,172,325 | 689,319 | 26,407 | -979.61 | -1123.83 | 1213.37 |
| 5 | 37.00 | 1,180,300 | 697,095 | 26,704 | -990.60 | -1134.82 | 1225.23 |
| 6 | 37.25 | 1,188,275 | 704,870 | 27,002 | -1001.59 | -1145.81 | 1237.10 |
| 7 | 37.50 | 1,196,250 | 712,646 | 27,300 | -1012.58 | -1156.80 | 1248.96 |
| 8 | 37.75 | 1,204,225 | 720,422 | 27,598 | -1023.57 | -1167.79 | 1260.83 |
| 9 | 38.00 | 1,212,200 | 728,197 | 27,896 | -1034.56 | -1178.78 | 1272.69 |
| 10 | 38.25 | 1,220,175 | 735,973 | 28,194 | -1045.55 | -1189.77 | 1284.56 |
| 11 | 38.50 | 1,228,150 | 743,748 | 28,492 | -1056.54 | -1200.76 | 1296.42 |
| 12 | 38.75 | 1,236,125 | 751,524 | 28,789 | -1067.53 | -1211.75 | 1308.29 |
| 13 | 39.00 | 1,244,100 | 759,300 | 29,087 | -1078.52 | -1222.74 | 1320.15 |
| 14 | 39.25 | 1,252,075 | 767,075 | 29,385 | -1089.51 | -1233.73 | 1332.02 |
| 15 | 39.50 | 1,260,050 | 774,851 | 29,683 | -1100.50 | -1244.72 | 1343.88 |

**EXHIBIT 2**

Office National de l'Electricité et de l'Eau Potable

مكتب الوطني للكهرباء و الماء الصالح للشرب

**Branche Electricité**
3/DF/DGR/GC/20013/2014

قطاع الكهرباء

Casablanca, le ..................

Marché n° SC 94 415 F5
Fourniture de charbon vapeur destiné à
la centrale thermique de Mohammedia.

BANQUE CENTRALE POPULAIRE

101, BD MOHAMED ZERKTOUNI

Demande d'ouverture de crédit documentaire
Compte n° 190 780 21212 1995719 003 2 80

CASABLANCA

Engagement d'importation
V/Référence : 142 du 03/02/14.

Pour notre compte, veuillez ouvrir par câble opérationnel
un crédit documentaire irrévocable confirmé.
Valable jusqu'au 31 juillet 2014.

| BENEFICIAIRE |
|---|
| UNITED COALS, INC |
| 231, South Third St, Clarksburg, West Verginia - Etats-Unis |
| Domicilié auprès de |
| The Huntington National Bank |
| IBAN : HUNTUS33 |
| US Banking Institution: The Huntington National Bank |
| Swift Code: HUNTUS33 |
| ABA Routing Number : 051903761 |
| Bank Account: 01521113051 |
| Beneficiary Name: UNITED COALS, INC |

Expéditions partielles autorisées
Transbordements interdits
Lieu d'embarquement : Norfolk, VA, USA.
Jusqu'au 30 avril 2014.
Destination : Port de Casablanca MAROC.
Assurance : A souscrire par l'ONEE

Montants :   - FOB :            ) USD ± 10%
             - Frêt :            USD ± 10%
             - CFR .            / USD ± 10%
(Deux millions neuf cent soixante-seize mille dollars US) ± 10% Utilisable CFR.

Contre remise des documents listés dans l'annexe ci-jointe relatifs à l'expédition de 32 000,00 tonnes métriques (TM) ± 10% de charbon vapeur.

INSTRUCTIONS PARTICULIERES
- Tous les frais de votre correspondant en dehors du Maroc sont à la charge du bénéficiaire,
- Les résultats d'analyses doivent être compris dans les limites des valeurs extrêmes admissibles du paragraphe II de l'annexe ci-jointe,
- Les paiements sont effectués dans les conditions prévues au paragraphe III de l'annexe ci-jointe,
- Les documents (objet du paragraphe I de l'annexe ci-jointe) présentés après 21 jours de la date de connaissement sont acceptables,
- Les documents (objet du paragraphe I de l'annexe ci-jointe) rédigés en langue anglaise sont acceptables.
- La confirmation du crédit documentaire se fera à la demande du bénéficiaire et ce, à ses frais,
- Il vous appartient d'informer les personnes mentionnées en annexe (paragraphe IV) et ce, selon les cas indiqués.
- Les documents (objet du paragraphe I de l'annexe ci-jointe) mentionnent Tiers sont acceptables.
- Les documents et BL antidatés sont acceptables.

P.J : Annexe (2 pages)

L'OFFICE NATIONAL DE L'ELECTRICITE ET DE L'EAU POTABLE
Branche Electricité

Le Trésorier                                    Le Directeur

[stamp: Banque de Financement Agence Centrale  05 FEV 2014  REÇU]

65, زنقة عثمان بن عفان - الدار البيضاء - المغرب - ص.ب. - 13 498 - هاتف : 80 80 66 522 (212) - فاكس : 38 00 22 522 (212)
65, Othmane Ben Affane - Casablanca - Maroc - PB. : 13 498 - Tél : (212) 522 66 80 80 - Fax : (212) 522 22 00 38