FILED
JOHN P. HEHMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

2014 MAY 12 AM 9:55

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
EAST DIV COLUMBUS

| | |
|---|---|
| AGRICULTURE & ENERGY CARRIERS LTD | Case No.: 2:14CV434 |
| Plaintiff, | Judge: JUDGE SARGUS |
| v. | |
| UNITED COALS, INC | MAGISTRATE JUDGE KEMP |
| Defendant. | |

## WRIT OF ATTACHMENT AND GARNISHMENT

**TO THE DESIGNATED PROCESS SERVER:**

**WHEREAS** a Verified Complaint has been filed in the United States District Court for the Southern District of Ohio by

AGRICULTURE & ENERGY
CARRIERS LTD

Plaintiff,

v.

UNITED COALS, INC

Defendant.

in a certain action for breach of a maritime contract wherein it is alleged that there is due and owing from Defendant to Plaintiff the amount of US$1,747,395.76 and praying for process of maritime attachment and garnishment against the Defendant, and for the attachment of the tangible and intangible property of said Defendant;

**NOW, THEREFORE,** we do hereby empower and strictly charge and command you, the said designated process server, to cite and admonish the said Defendant, if it shall be found in

your district, to appear before the said District Court, at the U.S. District Courthouse for the Southern District of Ohio that you attach the all goods, chattel, credits, letters of credit, bills of lading, debts, effects and monies, funds, credits, accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, or any other tangible or intangible property belonging to, claimed by, owed to, being held for or on behalf or otherwise for the benefit of the Defendant, or otherwise moving through or within the possession, custody, care or control of such entities as may be served with this Order and Process, including but not limited to:

Huntington National Bank
41 S. High Street
Columbus, Ohio 43215

and if no such tangible or intangible property can be found, that you attach the tangible or intangible property of United Coals, Inc to the amount sued for, in the hands of garnishees named in the Verified Complaint as may be found.

You are also directed to notify the said garnishees that:

1. A foreign attachment has been commenced against the Defendant United Coals, Inc;

2. The garnishee is required to file in the office of the Clerk of the United States District Court for the Southern District of Ohio within twenty (20) days from the service of this Writ, a report, under oath, setting forth in detail all debts owing by the garnishee to the Defendant United Coals, Inc in the possession, custody or control of the garnishee or to which the garnishee holds legal title; all property which is held by the garnishee as fiduciary in which the Defendant United Coals, Inc has an interest; and whether any property attached is immune or exempt from attachment; and

2

#29553030_v1

3. The garnishee is enjoined from paying any debt to or for the account of Defendant, and from delivering any property owned by the Defendant to or for the account of the Defendant including payments on any letter of credit or otherwise disposing thereof;

4. The garnishee is required to promptly forward to Defendant, by any form of mail requiring a return receipt, a copy of this Writ, a copy of the Verified Complaint, and a copy of the Summons.

If the property of the Defendant is found in the possession of anyone not a garnishee, you are directed to notify him that he has been added as a garnishee, is directed to file a report, and is enjoined as above stated.

Garnishee may, pursuant to Supplemental Rule B(3)(a) for Admiralty or Maritime Claims and Asset Forfeiture Actions, deposit any property, including payments owed to any Defendant, into the registry of the court.

**Amount of Plaintiff's claim: US$1,747,395.76 plus interest, attorneys' fees and costs.**

**John P. Hehman, Clerk**
_____
Clerk

By: _____
Deputy Clerk

_____
United States ~~District~~ Judge
Magistrate

Date: 5/12/2014

#29553030_v1