IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Agriculture & Energy Carriers LTD,

    Plaintiff,

v.                      Case No. 2:14-cv-434
                       CHIEF JUDGE EDMUND A. SARGUS, JR.
                       Magistrate Judge Terence P. Kemp

United Coals, Inc.,

    Defendant.

## ORDER

This maritime attachment action was filed in this Court on May 12, 2014. On February 11, 2014, Magistrate Judge Terence P. Kemp issued an order directing the plaintiff Agriculture & Energy Carriers Ltd ("AEC") to show cause why this action should not be dismissed. (ECF No. 10.) Specifically, the Magistrate Judge stated:

> Based on the forgoing, AEC is directed to show cause within twenty-one days (21) from the issuance of this order why this action should not be dismissed. AEC's filing should include proof of notice to United Coals as set forth in Rule B(2). AEC's filing shall also be accompanied, if appropriate, by a request to enter default pursuant to Fed. R. Civ. P. 55, and a separate motion for default judgment.

*Id.* at 3.

AEC has failed to respond in any way to the show cause Order and the time has passed for a timely response. Consequently, for the reasons articulated in that Order, this Court **DISMISSES** this action for failure to prosecute it.

    IT IS SO ORDERED.

3-16-2015
DATE

                               EDMUND A. SARGUS, JR.
                               CHIEF UNITED STATES DISTRICT JUDGE