AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**AGRICULTURE & ENERGY**
**CARRIERS, LTD,**

      **Plaintiff,**

                                **JUDGMENT IN A CIVIL CASE**

**v.**

                                **CASE NO.   2:14-CV-434**
**UNITED COALS, INC.,**              **JUDGE EDMUND A. SARGUS, JR.**
                                **MAGISTRATE JUDGE TERENCE P. KEMP**

      **Defendant.**

\_\_\_\_    **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court.**   A decision has been rendered by the Court without a hearing or trial**.**

      **Pursuant to the ORDER filed March 16, 2015, JUDGMENT is hereby entered DISMISSING this action for failure to prosecute.**

Date:   March 16, 2015                         RICHARD E. NAGEL, CLERK

                                                          */S/ Andy F. Quisumbing*
                                                          (By) Andy F. Quisumbing
                                                          Courtroom Deputy Clerk